■ YOLANDA FELICIANO et al., Appellants, v ST. VINCENT DE PAUL RESIDENCE et al., Respondents. [29 NYS3d 795]—Order, Supreme Court, Bronx County (Stanley Green, J.), entered January 13, 2015, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

In opposition to defendants' prima facie showing that the

care rendered to plaintiffs' decedent was within the accepted standards of medical and nursing home care, plaintiffs' expert's report failed to raise an issue of fact since it contained statements of fact unsupported by the record and speculative medical conclusions (*see Craig v St. Barnabas Nursing Home*, 129 AD3d 643 [1st Dept 2015]). Concur—Mazzarelli, J.P., Renwick, Saxe, Gische and Kahn, JJ.